IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE A. PADILLA,

      Plaintiff,                1:06-CV-0132  AWI WMW PC

        vs.                    ORDER GRANTING MOTION TO

                                 DISMISS AND DISMISSING ACTION

RODERICK HICKMAN, et al.,

      Defendants.

_____/

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is an inmate in the custody of the California Department of Corrections and Rehabilitation at the California Rehabilitation Center at Norco. Plaintiff brings this action against defendant officials employed by the CDCR at North Kern State Prison and Tehachapi State Prison.

      On March 5, 2007, findings and recommendations were entered, recommending dismissal of certain claims in the first amended complaint. On March 12, 2008, Plaintiff filed a document titled as "Plaintiff's Motion to Withdraw 42 U.S.C. Section 1983 Civil Complaint." Plaintiff's request, in its entirety, follows. "This Plaintiff hereby petitions the court to withdraw his civil complaint against Roderick Hickman and the California Department of Corrections and

1  Rehabilitation, due to the fact that the remedies I originally sought relief for with my medical
2  condition, are now being addressed.  Thank you for your attention in this matter."
3      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff may dismiss this action,
4  on his own motion, so long as an answer or motion for summary judgment has not been filed.
5  There has been no service of process, and no defendant has entered an appearance in this action.
6      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to withdraw is
7  GRANTED and this action is DISMISSED without prejudice on Plaintiff's motion.

9  IT IS SO ORDERED.
10 **Dated:   March 20, 2008**              /s/ **Anthony W. Ishii**
                                     UNITED STATES DISTRICT JUDGE